# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679693 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

1
6/15/2018 11:09:17 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**


**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    March 4, 2010
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 626801
**Our File Number:** 00647/0001                    **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|  |  | Hours |
|---|---|---:|
| 01/12/2010 | Ben-Jacob, Michael | 1.00 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 02/02/2010 | Migliaccio, Christopher | 2.75 |
| 02/03/2010 | Migliaccio, Christopher | 1.00 |
| 02/04/2010 | Migliaccio, Christopher | 1.50 |
| 02/05/2010 | Ben-Jacob, Michael | 0.17 |
| 02/05/2010 | Migliaccio, Christopher | 2.75 |
| 02/11/2010 | Ben-Jacob, Michael | 0.25 |

---

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355008

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                           March 4, 2010

RE: General                                                   **Invoice#:** 626801
**Our File Number:** 00647/0001                                **PAGE:**   2

═══════════════════════════════════════════════════════════════════════

02/11/2010  Migliaccio, Christopher                                      3.50

Total Hours................    13.75

Fees through 02/28/2010....................................    $6,026.25


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                          | Rate     | Hours  | Fees       |
|--------------------------|----------|--------|------------|
| Ben-Jacob, Michael       | $685.00  | 2.25   | $1,541.25  |
| Migliaccio, Christopher  | 390.00   | 11.50  | 4,485.00   |
| Fees through 02/28/2010..............  | | 13.75  | $6,026.25  |


Fees this Invoice.........................................................    $6,026.25
**Total Due this Invoice...............................................**    **$6,026.25**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

    **RE:** General                                              **Invoice#:** 626801
    **Our File Number:** 00647/0001                                 **PAGE:**    3

===============================================================================

Kaye Scholer LLP

                                                     425 Park Avenue
                                                     New York, NY  10022-3598
                                                     212-836-8000
                                                     Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    April 12, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                      | Hours |
|------------|----------------------|------:|
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael   | 0.67  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael   | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael   | 0.75  |

03/16/2010  Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

**KAYE SCHOLER LLP**

TO:    Argre Management LLC

April 12, 2010

RE: General

**Invoice#:** 631064

**Our File Number:** 00647/0001

**PAGE:**    2

| | | |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours................. 13.01

Fees through 03/31/2010.................................. $8,723.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          April 12, 2010

RE: General                                                    Invoice#: 631064
Our File Number: 00647/0001                                    PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................ | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice.................................................................. | $8,723.50 |
| Total Due this Invoice........................................................... | $8,723.50 |
| Prior Balance Due (from above)............................................... | 6,026.25 |
| **TOTAL DUE**...................................................................... | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

   RE: General                                          **Invoice#:** 631064
   **Our File Number:** 00647/0001                        **PAGE:**    4

====================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355014**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III

May 4, 2010

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 632796
**PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010

| | |
|---|---|
| On-Account Fees................................................. | $268.55 |
| Adjusted Fees.......................................................... | $268.55 |
| **Total Due this Invoice..............................................................** | **$268.55** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355015



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
　　　　　　　　Mail Code 81
　　　　　　　　P. O. Box 11839
　　　　　　　　Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　　153 East 53rd Street
　　　　New York, New York 10022
　　　　Attention: Marsha Burnett
　　　　Telephone: 212.559.3787

　　　　ABA Routing Number: 021000089
　　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　　Account Name: Kaye Scholer LLP
　　　　Account Number: 9981494431

　　　　RE: Argre Management LLC
　　　　Our File Number: 00647/0001
　　　　Invoice Number: 632796
　　　　Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 633095
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 04/16/2010 | Tuchman, L.        | 0.75      |
|            | ████████████████   |           |
| 04/19/2010 | Ben-Jacob, Michael | 1.08      |
|            | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L.        | 0.75      |
|            | ████████████████   |           |
| 04/22/2010 | Tuchman, L.        | 0.33      |
|            | ████████████████   |           |
| 04/23/2010 | Ben-Jacob, Michael | 2.17      |
|            | ████████████████   |           |
| 04/23/2010 | Tuchman, L.        | 4.25      |
|            | ████████████████   |           |
| 04/26/2010 | Ben-Jacob, Michael | 1.17      |
|            | ████████████████   |           |
| 04/27/2010 | Ben-Jacob, Michael | 0.25      |
|            | ████████████████   |           |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      May 10, 2010

  **RE:** General                                               **Invoice#:** 633095
  **Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

04/27/2010   Schneider, W.H.                                              0.25
             ████████████████████████████████████████████

04/27/2010   Tuchman, L.                                                  4.58
             ████████████████████████████████████████████████████
             ████████████████████████████████████████████████████
             ████████████████████████████████████████████████████

04/28/2010   Ben-Jacob, Michael                                          0.25
             ████████████████████████████████████████████

04/28/2010   Tuchman, L.                                                  4.25
             Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
             conference call with potential investor; office conferences with M. Ben-
             Jacob re: proposed structure; revision of steps outline and charts; research
             carried interest issues and office conference with G. Benson.

04/29/2010   Ben-Jacob, Michael                                          0.83
             ████████████████████████████████████████████████████
             ████████████████████████████████████████████████████

04/29/2010   Schneider, W.H.                                              0.25
             ████████████████████████████████████████

04/29/2010   Tuchman, L.                                                  1.83
             ████████████████████████████████████████████████████
             ████████████████████████████████████████████████████
             ████████████████████████████████████████████████████
                                                              ----------
                                    Total Hours................   22.99

                    Fees through 04/30/2010..................................   $18,940.05


   *---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                    Rate         Hours          Fees
     Ben-Jacob, Michael          $685.00          5.75      $3,938.75
     Schneider, W.H.             875.00           0.50        437.50
     Tuchman, L.                 870.00          16.74      14,563.80
                                              ----------   ----------
                    Fees through 04/30/2010...............   22.99     $18,940.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                May 10, 2010

RE: General                                               Invoice#: 633095
Our File Number: 00647/0001                               PAGE:    3

═══════════════════════════════════════════════════════════════════════

*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
        Meals                                              $77.90
                                          --------------------
                Total Costs through 04/30/2010........................      $77.90


        Fees this Invoice....................................      $18,940.05
        Less Discount of................................      (3,000.00)

        Adjusted Fees.............................................              $15,940.05
        Costs this Invoice.......................................              $77.90
        Total Due this Invoice................................              $16,017.95
        Applied On-account Value.......................................              (268.55)

        **TOTAL DUE**..................................................              **$15,749.40**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                    May 10, 2010

    **RE:** General                                                                **Invoice#:** 633095
    **Our File Number:** 00647/0001                                          **PAGE:**    4

=================================================================================

Kaye Scholer LLP

                                                                425 Park Avenue
                                                               New York, NY  10022-3598
                                                               212-836-8000
                                                               Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 03/01/2010 | Veillette, Rebecca   | 1.50  |
| 03/01/2010 | Veillette, Rebecca   | 1.00  |
| 03/03/2010 | Veillette, Rebecca   | 0.17  |
| 04/25/2010 | Tuchman, L.          | 2.75  |
| 04/26/2010 | Tuchman, L.          | 3.83  |
| 04/30/2010 | Tuchman, L.          | 1.33  |
| 05/02/2010 | Tuchman, L.          | 1.75  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355021**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      June 8, 2010

    **RE:** General                                              **Invoice#:** 635694
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ███████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ███████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ███████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ███████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ███████████████ | |

                                                  ----------

Total Hours................ 24.75

Fees through 05/31/2010..................................  $19,094.80

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              June 8, 2010

   **RE:** General                                                **Invoice#:** 635694
   **Our File Number:** 00647/0001                                     **PAGE:**    3

================================================================

|                      | Rate      | Hours  | Fees        |
|----------------------|-----------|--------|-------------|
| Tuchman, L.          | $870.00   | 13.91  | $12,101.70  |
| Woodard, A.F.        | 895.00    | 4.17   | 3,732.15    |
| Benson, Gregg M      | 625.00    | 4.00   | 2,500.00    |
| Veillette, Rebecca   | 285.00    | 2.67   | 760.95      |
| Fees through 05/31/2010.............. |  | 24.75 | $19,094.80 |

```
*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------*
```

|                      |           |        |             |
|----------------------|-----------|--------|-------------|
| Transportation       |           |        | $132.50     |
| Total Costs through 05/31/2010........................ |  |  | $132.50 |

| | |
|---|---|
| Fees this Invoice........................................................ | $19,094.80 |
| Costs this Invoice....................................................... | $132.50 |
| **Total Due this Invoice................................................** | **$19,227.30** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                           June 8, 2010

    **RE:** General                                                    **Invoice#:** 635694
    **Our File Number:** 00647/0001                                    **PAGE:**    4

Kaye Scholer LLP

                                                      425 Park Avenue
                                                     New York, NY  10022-3598
                                                     212-836-8000
                                                     Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355024**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 6, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


       **RE:** General                                    **Invoice#:** 646735
       **Our File Number:** 00647/0001                         **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael   | 0.33  |
| 09/20/2010 | Tuchman, L.          | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/21/2010 | Tuchman, L.          | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/27/2010 | Tuchman, L.          | 1.00  |

                                   Total Hours................. 3.17

                 Fees through 09/30/2010................................... $2,511.85


*----------------------------------TIME AND FEE SUMMARY--------------------------------*
                                Rate          Hours          Fees
       Ben-Jacob, Michael      $685.00         1.33         $911.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        October 6, 2010

**RE:** General                                              **Invoice#:** 646735
**Our File Number:** 00647/0001                                  **PAGE:**    2

═══════════════════════════════════════════════════════════════════

| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
| Fees through 09/30/2010............... | | 3.17 | $2,511.85 |

Fees this Invoice......................................................................    $2,511.85

**Total Due this Invoice..............................................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    December 9, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**     1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                              | Hours |
|------------|------------------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael           | 1.67  |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. |       |
| 11/11/2010 | Ben-Jacob, Michael           | 0.25  |
|            | ███████████████████████████  |       |
| 11/11/2010 | Soloveichik, Sarah           | 0.17  |
|            | ███████████████████████████  |       |
| 11/12/2010 | Ben-Jacob, Michael           | 0.33  |
|            | ███████████████████████████  |       |
| 11/17/2010 | Tuchman, L.                  | 2.75  |
|            | ███████████████████████████  |       |
| 11/18/2010 | Ben-Jacob, Michael           | 0.33  |
|            | ███████████████████████████  |       |
| 11/18/2010 | Gartner, Gary J              | 1.00  |
|            | ███████████████████████████  |       |
| 11/18/2010 | Tuchman, L.                  | 0.83  |
|            | ███████████████████████████  |       |
| 11/19/2010 | Ben-Jacob, Michael           | 0.17  |
|            | ███████████████████████████  |       |
| 11/19/2010 | Gartner, Gary J              | 1.83  |
|            | ███████████████████████████  |       |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355028**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

RE: General                                                   **Invoice#:** 653901
**Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════



|  |  |  |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

Total Hours................. 27.67

Fees through 11/30/2010................................... $22,438.45

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355029**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      December 9, 2010

RE: General                                                     **Invoice#:** 653901
**Our File Number:** 00647/0001                                 **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $22,438.45 | |
| Less Discount of................................................ | (2,069.85) | |
| Adjusted Fees........................................................................ | | $20,368.60 |
| Total Due this Invoice........................................................... | | $20,368.60 |
| Prior Balance Due (from above)................................................ | | 2,511.85 |
| **TOTAL DUE**......................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                     January 28, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                                **Invoice#:** 657645
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
| | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
| | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
| | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
| | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
| | ████████████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
| | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
| | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
| | ████████████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
| | ████████████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          January 28, 2011

RE: General                                                **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

|            |   | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |      |
| 12/03/2010 | Soloveichik, Sarah | | 0.75 |
|            |   | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | | 1.58 |
|            |   | Call with Jerome re German tax refund/FTC questions ███████ | |
| 12/06/2010 | Wells, Peter B | | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | | 1.08 |
| 12/07/2010 | Wells, Peter B | | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | | 1.67 |
| 12/08/2010 | Tuchman, L. | | 1.25 |
| 12/08/2010 | Wells, Peter B | | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | | 0.33 |
| 12/09/2010 | Wells, Peter B | | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355033**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                              January 28, 2011

RE: General                                          **Invoice#:** 657645
**Our File Number:** 00647/0001                         **PAGE:**    3

════════════════════════════════════════════════════════════════════

| 12/21/2010 | Ben-Jacob, Michael | ██████████████ | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | ██████████████ | 0.25 |
| 12/28/2010 | Wells, Peter B | ████████████████████ | 1.17 |
| 12/30/2010 | Wells, Peter B | ██████████ | 0.25 |

Total Hours.................    30.42

Fees through 12/31/2010....................................    $18,780.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate     | Hours  | Fees       |
|----------------------|----------|--------|------------|
| Ben-Jacob, Michael   | $685.00  | 7.83   | $5,363.55  |
| Gartner, Gary J      | 930.00   | 3.66   | 3,403.80   |
| Scheine, Jeffrey D   | 820.00   | 0.50   | 410.00     |
| Tuchman, L.          | 870.00   | 3.67   | 3,192.90   |
| Soloveichik, Sarah   | 290.00   | 3.25   | 942.50     |
| Wells, Peter B       | 475.00   | 11.51  | 5,467.25   |
| Fees through 12/31/2010.............. |  | 30.42  | $18,780.00 |


Fees this Invoice...................................    $18,780.00
Less Discount of...............................    (3,780.00)
Adjusted Fees............................................................    $15,000.00

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      January 28, 2011

　　**RE:** General                                      **Invoice#:** 657645
　　**Our File Number:** 00647/0001                          **PAGE:**    4

===================================================================

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER               WH_MDL_00355036

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| | | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| | ██████████████████████████████ | |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction; ████████████ | |

KAYE SCHOLER LLP

| | |
|---|---|
| TO:    Argre Management LLC | March 15, 2011 |

| | |
|---|---|
| **RE:** General | **Invoice#:** 663115 |
| **Our File Number:** 00647/0001 | **PAGE:**   2 |

---

02/08/2011   Tuchman, L.                                                                                      3.25
Conference call regarding proposed deal, structure; research; telephone
conferences and office conferences with A.F. Woodard, J. Lhote and M.
Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss.

02/08/2011   Woodard, A.F.                                                                                    1.84
Office conferences L. Tuchman, conference call client, and review of
material re potential German investment.

02/08/2011   Wells, Peter B                                                                                   1.00
████████████████████████████████████████████████████

02/09/2011   Ben-Jacob, Michael                                                                               1.83
Calls with John re ex-dividend transaction; related conference call with
London advisors.

02/09/2011   Tuchman, L.                                                                                      2.17
Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re:
German ex-dividend transaction; follow-up discussions re: same.

02/09/2011   Woodard, A.F.                                                                                    0.92
Conference call client; office conference L. Tuchman and review of
material.

02/09/2011   Wells, Peter B                                                                                   0.67
████████████████████████████████████████████████████

02/09/2011   Wells, Peter B                                                                                   1.50
████████████████████████████████████████████████████

02/10/2011   Ben-Jacob, Michael                                                                               0.50
████████████████████████████████████████████████████

02/10/2011   Eichel, Steven R                                                                                 0.54
████████████████████████████████████████████████████

02/10/2011   Wells, Peter B                                                                                   1.50
████████████████████████████████████████████████████

02/11/2011   Ben-Jacob, Michael                                                                               0.75
████████████████████████████████████████████████████

02/11/2011   Eichel, Steven R                                                                                 0.67
████████████████████████████████████████████████████

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                  March 15, 2011

**RE:** General                                             **Invoice#:** 663115
**Our File Number:** 00647/0001                             **PAGE:**    3



| Date | Name | | Hours |
|------|------|--|------|
| 02/11/2011 | Wells, Peter B | | 1.25 |
| 02/14/2011 | Wells, Peter B | | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/16/2011 | Wells, Peter B | | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/23/2011 | Eichel, Steven R | | 0.17 |
| 02/23/2011 | Wells, Peter B | | 0.75 |
| 02/24/2011 | Wells, Peter B | | 1.00 |
| 02/25/2011 | Wells, Peter B | | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | | 0.08 |
| 02/28/2011 | Wells, Peter B | | 0.75 |

Total Hours.................  35.55

Fees through 02/28/2011.....................................  $24,855.40

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

Rate          Hours              Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355039**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                            March 15, 2011

RE: General                                                                   **Invoice#:** 663115
**Our File Number:** 00647/0001                                                **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................   $24,855.40
Less Discount of................................................   (4,000.00)
Adjusted Fees.........................................................   $20,855.40
**Total Due this Invoice...............................................**   **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355041**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

August 9, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 676549
**PAGE:**  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

| | | Hours |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
| | Total Hours................ | 1.50 |
| | Fees through 07/31/2011.................................. | $1,173.75 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $1,173.75 |
| Costs this Invoice............................................................. | $319.95 |
| **Total Due this Invoice.............................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355043**



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                     September 12, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 679893
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | **Hours** |
|---|---|---|
| 08/15/2011  Ben-Jacob, Michael | | 1.00 |
| 08/16/2011  Ben-Jacob, Michael | | 0.17 |
| | Total Hours................. | 1.17 |
| | Fees through 08/31/2011.................................... $830.70 | |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011............... | | 1.17 | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................................ | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355044**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                    September 12, 2011

**RE:** General                                               **Invoice#:** 679893
**Our File Number:** 00647/0001                               **PAGE:**    2

Fees this Invoice.......................................................................    $830.70

Total Due this Invoice.............................................................    $830.70

Prior Balance Due (from above)................................................    1,493.70

**TOTAL DUE..........................................................................**    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355046



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 682560
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                 | Hours |
|------------|-----------------------------------------------------------------|-------|
| 09/12/2011 | Ben-Jacob, Michael                                              | 0.42  |
|            | Call with Matt regarding pension structure for next ex-dividend deal. |       |
| 09/12/2011 | Woodard, A.F.                                                  | 1.75  |
|            | Office conference M. Ben-Jacob and research re proposed transaction. |       |
| 09/13/2011 | Woodard, A.F.                                                  | 3.17  |
|            | Office conference M. Ben-Jacob and research re proposed transaction. |       |
| 09/14/2011 | Woodard, A.F.                                                  | 4.00  |
|            | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |       |
| 09/15/2011 | Ben-Jacob, Michael                                             | 1.25  |
|            | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |       |
| 09/15/2011 | Woodard, A.F.                                                  | 2.17  |
|            | Office conference M. Ben-Jacob and review of material re UBTI and other issues. |       |
| 09/16/2011 | Woodard, A.F.                                                  | 0.83  |
|            | Review of material re UBTI and other issues.                   |       |
| 09/20/2011 | Woodard, A.F.                                                  | 0.25  |
|            | Telephone conference L. Tuchman re UBTI.                        |       |
| 09/21/2011 | Woodard, A.F.                                                  | 1.42  |
|            | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |       |
| 09/22/2011 | Woodard, A.F.                                                  | 0.42  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              October 11, 2011

RE: General                                                            **Invoice#:** 682560
**Our File Number:** 00647/0001                                         **PAGE:**    2

===================================================================================

| Date | Name | Hours |
|------|------|-------|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

Total Hours................. 19.93

Fees through 09/30/2011.................................... $13,970.50


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*

| | |
|---|---|
| Corp. Filings & Searches | $661.75 |
| Total Costs through 09/30/2011.......................... | $661.75 |

Fees this Invoice............................................................... $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                October 11, 2011

   **RE:** General                                         **Invoice#:** 682560
   **Our File Number:** 00647/0001                             **PAGE:**    3

===============================================================================

   Costs this Invoice.........................................................    $661.75
   **Total Due this Invoice...............................................**    **$14,632.25**

   **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                  November 14, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|  |  | Hours |
|---|---|---|
| 10/03/2011 | Ben-Jacob, Michael | 0.08 |
|  | ███████████████████ | |
| 10/03/2011 | Eichel, Steven R | 1.83 |
|  | ████████████████████████████ | |
| 10/04/2011 | Veillette, Rebecca | 0.33 |
|  | ████████████████████ | |
| 10/05/2011 | Eichel, Steven R | 0.67 |
|  | ███████████████████████ | |
| 10/05/2011 | Veillette, Rebecca | 0.42 |
|  | ████████████ | |
| 10/10/2011 | Ben-Jacob, Michael | 0.17 |
|  | Conference with Woody regarding pension/ex-dividend strategy. | |
| 10/10/2011 | Woodard, A.F. | 0.25 |
|  | Office conference M. Ben-Jacob and review of material. | |
| 10/12/2011 | Ben-Jacob, Michael | 0.50 |
|  | ██████████████████████ | |
| 10/12/2011 | Woodard, A.F. | 0.50 |
|  | Review of material. | |
| 10/13/2011 | Woodard, A.F. | 1.50 |
|  | Review of material re proposed transaction. | |
| 10/17/2011 | Briggs, Lindsey V | 0.33 |
|  | █████████████████ | |
| 10/18/2011 | Ben-Jacob, Michael | 1.08 |
|  | Attention to ex-dividend strategy; related conference with Woody. | |
| 10/19/2011 | Ben-Jacob, Michael | 0.50 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          November 14, 2011

**RE:** General                                                **Invoice#:** 685991
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend
planning.
10/19/2011  Woodard, A.F.                                                  1.25
████████████████████████████████████████████████████;
conference call M. Ben-Jacob and client re proposed investment.

                                        Total Hours................  9.41

              Fees through 10/31/2011....................................  $6,535.85


      *--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate          Hours          Fees
     Ben-Jacob, Michael      $710.00        2.33        $1,654.30
     Woodard, A.F.            800.00        3.50         2,800.00
     Eichel, Steven R         690.00        2.50         1,725.00
     Briggs, Lindsey V        410.00        0.33           135.30
     Veillette, Rebecca       295.00        0.75           221.25
              Fees through 10/31/2011...............       9.41       $6,535.85


     Fees this Invoice..........................................................  $6,535.85
     **Total Due this Invoice..............................................**    **$6,535.85**

              **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355053



**425 Park Avenue**
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                         December 12, 2011
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 688474
**Our File Number:** 00647/0001                    **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                        |        **Hours** |
|------------|------------------------|-----------------|
| 11/08/2011 | Tuchman, L.            | 1.25            |
|            | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L.            | 0.75            |
|            | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael     | 0.25            |
|            | Call with Matt and Jerome regarding potential planning. | |

Total Hours................. 2.25

Fees through 11/30/2011.................................... $1,927.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $710.00  | 0.25  | $177.50   |
| Tuchman, L.         | 875.00   | 2.00  | 1,750.00  |
| Fees through 11/30/2011............... | | 2.25  | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches                           $224.25

Total Costs through 11/30/2011......................... $224.25

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date**    | **Amount**  |
|--------------|-------------|-------------|
| 685991       | 11/14/2011  | $6,535.85   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              December 12, 2011

**RE:** General                                                     **Invoice#:** 688474
**Our File Number:** 00647/0001                                        **PAGE:**    2

Prior Balance Due...........................................................................    $6,535.85

Fees this Invoice..........................................................................    $1,927.50
Costs this Invoice.........................................................................    $224.25
Total Due this Invoice....................................................................    $2,151.75
Prior Balance Due (from above)...................................................    6,535.85
**TOTAL DUE**..............................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    March 31, 2012
     40 West 57th Street
     New York, New York 10019

**RE:** General                                  **Invoice#:** 696544
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 12/07/2011 | Veillette, Rebecca   | 1.00      |
| 12/08/2011 | Veillette, Rebecca   | 1.00      |
| 12/20/2011 | Ben-Jacob, Michael   | 0.75      |
| 12/20/2011 | Briggs, Lindsey V    | 0.25      |
| 12/21/2011 | Briggs, Lindsey V    | 0.42      |
| 12/21/2011 | Veillette, Rebecca   | 0.50      |
| 12/22/2011 | Veillette, Rebecca   | 0.50      |
| 02/02/2012 | Ben-Jacob, Michael   | 0.17      |
| 02/22/2012 | Ben-Jacob, Michael   | 0.25      |
| 02/23/2012 | Ben-Jacob, Michael   | 0.33      |
| 02/23/2012 | Stromberg, Thomas    | 1.50      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                WH_MDL_00355057

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

    **RE:** General                                              **Invoice#:** 696544
    **Our File Number:** 00647/0001                          **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

| Date | Name | | Hours |
|------|------|---|------|
| 02/23/2012 | Sluder, Elizabeth C | ██████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | ██████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | ██████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | ██████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | ██████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | ██████ | 1.17 |
| 03/05/2012 | Wells, Peter B | ██████ | 2.25 |
| 03/06/2012 | Wells, Peter B | ██████ | 1.00 |
| 03/15/2012 | Wells, Peter B | ██████ Work on issues related to due diligence for IRAs. | 5.00 |

                                                    ----------
                        Total Hours................ 24.34

              Fees through 03/31/2012....................................    $14,797.45

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355058**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    March 31, 2012

RE: General                                                  **Invoice#:** 696544
**Our File Number:** 00647/0001                              **PAGE:**   3

═══════════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

        *-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*
                Duplicating                                      $10.10
                Transportation                                    9.00
                Corp. Filings & Searches                        329.00
                Messengers/Courier                               52.49
                Meals                                            48.50
                                                        --------------------
                Total Costs through 03/31/2012.........................   $449.09


Fees this Invoice.................................................................   $14,797.45
Costs this Invoice...............................................................      $449.09
**Total Due this Invoice.................................................      $15,246.54**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          May 14, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 702756
**Our File Number:**00647/0001                     **PAGE:**    1

======================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

======================================================

                                                           **Hours**
                                                           ----------
04/05/2012   Ben-Jacob, Michael                              0.92

04/24/2012   Ben-Jacob, Michael                              1.00
                                                           ----------
                                 Total Hours.................   1.92
             Fees through 04/30/2012...................   $1,401.60


*-------------------------------TIME AND FEE SUMMARY--------------------------------*
                          Rate          Hours          Fees
Ben-Jacob, Michael       $730.00         1.92        $1,401.60

             Fees through 04/30/2012...............   1.92        $1,401.60

     *-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*
             Messengers/Courier                          $26.25
             Filing Fees/Court Fees                      105.00
                                                       ------------------
             Total Costs through 04/30/2012........      $131.25


             Fees this Invoice...........................................   $1,401.60
             Costs this Invoice..........................................     $131.25

KAYE SCHOLER LLP

TO:    Argre Management LLC                              May 14, 2012

**RE:** General                                    **Invoice#:** 702756
**Our File Number:** 00647/0001                      **PAGE:**    2

===================================================================

**Total Due this Invoice**................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 18, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 705166
**Our File Number:** 00647/0001                        **PAGE:**    1

═══════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

═══════════════════════════════════════════════════

|                          |                          | **Hours** |
|--------------------------|--------------------------|-----------|
| 05/03/2012  Ben-Jacob, Michael | ███████████████████ | 1.58 |
| 05/04/2012  Ben-Jacob, Michael | ███████████████████ | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012.................................... $2,372.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Ben-Jacob, Michael   | $730.00  | 3.25  | $2,372.50  |
| Fees through 05/31/2012............... |  | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation       | $11.00 |
|----------------------|--------|
| Messengers/Courier   | 34.06  |

Total Costs through 05/31/2012......................... $45.06

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date**     | **Amount**   |
|--------------|--------------|--------------|
| 702756       | 05/14/2012   | $1,532.85    |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                             June 18, 2012

**RE:** General                                              **Invoice#:** 705166
**Our File Number:** 00647/0001                                **PAGE:**    2

Prior Balance Due............................................................    $1,532.85


Fees this Invoice............................................................    $2,372.50
Costs this Invoice...........................................................      $45.06
Total Due this Invoice......................................................    $2,417.56
Prior Balance Due (from above)...................................    1,532.85
**TOTAL DUE**...........................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 708329
**Our File Number:**00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | **Hours** |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours................ 3.66

Fees through 06/30/2012.................................... $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    July 17, 2012

**RE:** General                                         **Invoice#:** 708329
**Our File Number:** 00647/0001                              **PAGE:**   2

===============================================================================

Fees through 06/30/2012...............        3.66        $1,371.15


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due............................................................... | | $3,950.41 |


Fees this Invoice....................................................................        $1,371.15
Total Due this Invoice...........................................................        $1,371.15
Prior Balance Due (from above)..................................................        3,950.41
**TOTAL DUE**...........................................................        **$5,321.56**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                    WH_MDL_00355069



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 16, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 711502
**Our File Number:** 00647/0001                                  **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
|  | ██████████████████████ |  |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. |  |

Total Hours................ 1.33

Fees through 07/31/2012................................... $392.35

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due...................................................... | | $1,371.15 |

Fees this Invoice.......................................................... $392.35

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                         August 16, 2012

    **RE:** General                                                              **Invoice#:** 711502
    **Our File Number:** 00647/0001                                              **PAGE:**    2

===============================================================================

Total Due this Invoice.................................................................    $392.35
Prior Balance Due (from above)..................................................    1,371.15
**TOTAL DUE..........................................................................**    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                         **Invoice#:** 713751
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---:|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355073**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      September 13, 2012

**RE:** General                                                 **Invoice#:** 713751
**Our File Number:** 00647/0001                                 **PAGE:**    2

Fees this Invoice.................................................................    $1,114.50

**Total Due this Invoice...............................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355075



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 20, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                          **Invoice#:** 720986
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 09/27/2012 | Ben-Jacob, Michael     | 0.08      |
| 09/28/2012 | Ben-Jacob, Michael     | 1.42      |
| 09/29/2012 | Ben-Jacob, Michael     | 0.17      |
| 10/07/2012 | Ben-Jacob, Michael     | 0.17      |
| 10/11/2012 | Wittenberg, Daniella T | 0.33      |
| 10/16/2012 | Veillette, Rebecca     | 0.25      |
| 10/17/2012 | Wells, Peter B         | 0.75      |
| 10/17/2012 | Veillette, Rebecca     | 0.50      |
| 10/24/2012 | Veillette, Rebecca     | 1.25      |
| 10/25/2012 | Wells, Peter B         | 1.00      |
| 10/25/2012 | Veillette, Rebecca     | 1.50      |

KAYE SCHOLER LLP

TO:   Argre Management LLC                                          November 20, 2012

**RE:** General                                                    **Invoice#:** 720986
**Our File Number:** 00647/0001                                    **PAGE:**   2

===============================================================================

10/26/2012  Veillette, Rebecca                                                0.50

                                                                        -----------
                                          Total Hours................       7.92
                  Fees through 10/31/2012....................................   $3,804.90


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                              Rate         Hours          Fees
Ben-Jacob, Michael          $730.00         1.84       $1,343.20
Wells, Peter B               640.00         1.75        1,120.00
Wittenberg, Daniella T       490.00         0.33          161.70
Veillette, Rebecca           295.00         4.00        1,180.00
                                         _____  _____
            Fees through 10/31/2012...............   7.92       $3,804.90

       \*----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------\*
            Corp. Filings & Searches                          $2,633.00
            Conference & Legal Staff/Travel Working Meals         27.57
                                                         -------------------
            Total Costs through 10/31/2012........................   $2,660.57


       Fees this Invoice....................................................   $3,804.90
       Costs this Invoice...................................................   $2,660.57
       **Total Due this Invoice...............................................   $6,465.47**

                  **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                December 10, 2012
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

RE: General                                              **Invoice#:** 722890
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

| Date | Name | Hours |
|---|---|---|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 10, 2012

RE: General                                                   Invoice#: 722890
Our File Number: 00647/0001                                   PAGE:    2

---

11/29/2012  Gartner, Gary J                                                    1.17
            Review of authorities on possible trade.
                                                    Total Hours................    14.75
                        Fees through 11/30/2012....................    $12,924.75

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                    | Rate     | Hours | Fees        |
|--------------------|----------|-------|-------------|
| Ben-Jacob, Michael | $730.00  | 0.16  | $116.80     |
| Gartner, Gary J    | 1,020.00 | 10.34 | 10,546.80   |
| Wells, Peter B     | 640.00   | 2.92  | 1,868.80    |
| Veillette, Rebecca | 295.00   | 1.33  | 392.35      |
| Fees through 11/30/2012 |     | 14.75 | $12,924.75  |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*

Transportation                                                    $84.81
        Total Costs through 11/30/2012........................    $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 720986   | 11/20/2012 | $6,465.47 |
| Prior Balance Due.... |  | $6,465.47 |

Fees this Invoice................................................    $12,924.75
Costs this Invoice...............................................    $84.81
Total Due this Invoice..........................................    $13,009.56
Prior Balance Due (from above)................................    6,465.47
**TOTAL DUE**.......................................................    **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 722890
      Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | Hours |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| ███████████████████████ | | |
| 12/05/2012 | Wells, Peter B | 1.75 |
| ███████████████████████ | | |
| | Total Hours................. | 3.75 |
| | Fees through 12/31/2012.................................. | $2,400.00 |

*---------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $2,400.00 |
| **Total Due this Invoice............................................** | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    February 21, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                         **Invoice#:** 728997
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50 |
| 01/24/2013 | Tuchman, L.         | 1.00 |
| 01/25/2013 | Tuchman, L.         | 2.50 |
| 01/28/2013 | Tuchman, L.         | 2.75 |
| 01/28/2013 | Veillette, Rebecca  | 1.08 |

Total Hours................. 7.83

Fees through 01/31/2013.....................................  $6,231.90

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Tuchman, L.         | $920.00   | 6.25  | $5,750.00  |
| Veillette, Rebecca  | 305.00    | 1.58  | 481.90     |

Fees through 01/31/2013...............  7.83     $6,231.90

\*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------\*

Reporters/Transcripts Fee                              $99.00

Total Costs through 01/31/2013........................  $99.00

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| **Invoice#** | **Date**   | **Amount**  |
|--------------|------------|-------------|
| 727062       | 01/29/2013 | $2,400.00   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355084**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                              **Invoice#:** 728997
**Our File Number:** 00647/0001                                    **PAGE:**    2

Prior Balance Due.................................................................    $2,400.00

Fees this Invoice.................................................................    $6,231.90
Costs this Invoice...............................................................    $99.00
Total Due this Invoice.........................................................    $6,330.90
Prior Balance Due (from above)............................................    2,400.00
**TOTAL DUE**.................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355086



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 1.58

Fees through 02/28/2013.................................... $481.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $481.90 |
| Total Due this Invoice...................................................... | $481.90 |
| Prior Balance Due (from above)................................... | 6,330.90 |
| **TOTAL DUE..............................................................** | **$6,812.80** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      April 22, 2013
         40 West 57th Street
         New York, New York  10019
         alicia@argremgt.com

**RE:** General                                          **Invoice#:** 734523
**Our File Number:**00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|  |  | **Hours** |
|---|---|---|
| 03/04/2013 | Tuchman, L. | 1.42 |
| | ███████████████████ | |
| 03/05/2013 | Tuchman, L. | 1.75 |
| | ██████████████████████████ | |
| 03/06/2013 | Tuchman, L. | 1.75 |
| | ████████████████████████████████ | |
| 03/07/2013 | Tuchman, L. | 1.00 |
| | ███████████████████████████████████ | |
| 03/07/2013 | Benson, Gregg M | 4.00 |
| | ██████████████████████████ | |
| 03/08/2013 | Tuchman, L. | 1.25 |
| | ██████████████████████████ | |
| 03/08/2013 | Benson, Gregg M | 2.25 |
| | ████████████████████████ | |
| 03/11/2013 | Tuchman, L. | 1.75 |
| | ████████████████████████ | |
| 03/13/2013 | Tuchman, L. | 1.00 |
| | ███████████████████████ | |
| 03/13/2013 | Benson, Gregg M | 1.50 |
| | ████████████████████████████ | |
| 03/18/2013 | Schneider, W.H. | 0.25 |
| | ███████████████ | |
| 03/18/2013 | Snider, Vassa G | 0.92 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355089**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    April 22, 2013

RE: General                                                   **Invoice#:** 734523
**Our File Number:** 00647/0001                               **PAGE:**   2

═══════════════════════════════════════════════════════════════

███████████████████████████████████████

| 03/19/2013 | Snider, Vassa G | 0.42 |

███████████████████

| 03/20/2013 | Veillette, Rebecca | 0.33 |

Attention to Bernina LLC documentation.

Total Hours................. 19.59

Fees through 03/31/2013.................................... $15,301.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Schneider, W.H.    | $925.00  | 0.25  | $231.25    |
| Tuchman, L.        | 920.00   | 9.92  | 9,126.40   |
| Benson, Gregg M    | 715.00   | 7.75  | 5,541.25   |
| Snider, Vassa G    | 225.00   | 1.34  | 301.50     |
| Veillette, Rebecca | 305.00   | 0.33  | 100.65     |
| Fees through 03/31/2013............. | | 19.59 | $15,301.05 |

\*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------\*

| Filing Fees/Court Fees | $125.00 |
|------------------------|---------|
| Total Costs through 03/31/2013......................... | $125.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 731658   | 03/25/2013 | $481.90  |
| Prior Balance Due......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355090**

**KAYE | SCHOLER** LLP

TO:     Argre Management LLC                                        April 22, 2013

**RE:** General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                    **PAGE:**    3

Fees this Invoice.................................................................. $15,301.05
Costs this Invoice................................................................   $125.00
Total Due this Invoice.........................................................  $15,426.05
Prior Balance Due (from above).............................................    481.90
**TOTAL DUE**.....................................................................  **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355092



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

May 22, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 737633
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|  |  | Hours |
|---|---|---|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

Image Not Available

TO:    Argre Management LLC                                      May 22, 2013

**RE:** General                                            **Invoice#:** 737633
**Our File Number:** 00647/0001                            **PAGE:**   2



| | | |
|---|---|---|
| 04/16/2013  Benson, Gregg M | | 3.00 |
| 04/17/2013  Ben-Jacob, Michael | | 0.42 |
| 04/17/2013  Schneider, W.H. | | 1.00 |
| 04/17/2013  Benson, Gregg M | | 0.50 |
| 04/25/2013  Ben-Jacob, Michael | | 0.17 |
| 04/26/2013  Ben-Jacob, Michael | | 0.08 |
| 04/30/2013  Ben-Jacob, Michael | | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................$11,602.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice.........................................................$11,602.85
**Total Due this Invoice..............................................    $11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355094**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355095



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          August 26, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 745613
**Our File Number:** 00647/0001                                    **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 2.34

Fees through 07/31/2013................................... $713.70

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

Fees this Invoice.......................................................... $713.70
**Total Due this Invoice..............................................** **$713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355097**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                September 10, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 747225
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  |  | **Hours** |
|---|---|---|---|
| 08/09/2013 | Ben-Jacob, Michael | | 0.50 |
| | ███████████████████████████ | | |
| 08/12/2013 | Sausen, David | | 1.00 |
| | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | | |
| | ████████████████████ | | |
| 08/15/2013 | Veillette, Rebecca | | 1.50 |
| | ████████████████████ | | |
| 08/16/2013 | Sausen, David | | 0.50 |
| | ████████████████ Telephone conference with M. Ben-Jaocb. ███████ | | |
| 08/21/2013 | Veillette, Rebecca | | 1.25 |
| | ██████████████████ | | |
| 08/26/2013 | Ben-Jacob, Michael | | 1.00 |
| | ███████████████████████████ | | |
| 08/26/2013 | Sausen, David | | 1.50 |
| | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ███████████████ | | |
| 08/27/2013 | Veillette, Rebecca | | 1.25 |
| | ██████████████████████ | | |

Total Hours................. 8.50

Fees through 08/31/2013...................................  $4,542.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355098**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      September 10, 2013

**RE:** General                                                              **Invoice#:** 747225
**Our File Number:** 00647/0001                                       **PAGE:**    2

=================================================================

|                          | Rate      | Hours | Fees        |
|--------------------------|-----------|-------|-------------|
| Ben-Jacob, Michael       | $755.00   | 1.50  | $1,132.50   |
| Sausen, David            | 730.00    | 3.00  | 2,190.00    |
| Veillette, Rebecca       | 305.00    | 4.00  | 1,220.00    |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50   |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 745613   | 08/26/2013 | $713.70   |
| Prior Balance Due........................................................... | | $713.70 |

Fees this Invoice............................................................... $4,542.50
Total Due this Invoice...................................................... $4,542.50
Prior Balance Due (from above).................................... 713.70
**TOTAL DUE**.................................................................. **$5,256.20**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER       WH_MDL_00355100



KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    October 7, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 749882
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|  |  | **Hours** |
|---|---|---|
| 09/10/2013 | Sausen, David | 0.50 |
| | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| | ███████████████████████ | |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| | ███████████████████████ | |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |
| | ████████████████████████████ | |

Total Hours................. 3.41

Fees through 09/30/2013..................................... $1,401.05

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice.......................................................... $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                    October 7, 2013

**RE:** General                                                    **Invoice#:** 749882
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

**Total Due this Invoice**.................................................................    **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    November 15, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com


**RE:** General                                          **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**   1

===============================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

===============================================================================

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
| | Tax research. Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/09/2013 | Sausen, David | 1.00 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/10/2013 | Sausen, David | 1.00 |
| | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

                                                     Total Hours................  7.00

                        Fees through 10/31/2013...................................  $5,245.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013.............. | | 7.00 | $5,245.00 |


*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355104**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    November 15, 2013

**RE:** General                                                **Invoice#:** 754424
**Our File Number:** 00647/0001                                **PAGE:**    2

========================================================================

    Consultants/Experts                                        $1,100.00
        Total Costs through 10/31/2013.........................  $1,100.00


    Fees this Invoice.............................................  $5,245.00
    Costs this Invoice............................................  $1,100.00
    **Total Due this Invoice.................................................**  **$6,345.00**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355106**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          December 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 756477
**Our File Number:**00647/0001                                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*
    Consultants/Experts                                          $3,000.00
      Total Costs through 11/30/2013.........................    $3,000.00


Costs this Invoice.................................................................    $3,000.00
**Total Due this Invoice............................................................    $3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 756477
        Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355108**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                              January 13, 2014
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

**RE:** General                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                          **PAGE:**     1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|  |  | **Hours** |
|---|---|---|
| 12/11/2013 | Sausen, David | 0.75 |
| 12/12/2013 | Sausen, David | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael | 0.25 |
| 12/17/2013 | Sausen, David | 0.50 |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice.......................................................................... $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355109

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    January 13, 2014

**RE:** General                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                               **PAGE:**    2

===============================================================================

**Total Due this Invoice**.................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 20, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 762871
**Our File Number:**00647/0001                               **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | **Hours** |
|---|---|---|
|  |  | ---------- |
| 01/29/2014 | Veillette, Rebecca | 0.33 |
|  |  | ---------- |
|  | Total Hours................. | 0.33 |
|  | Fees through 01/31/2014................................... | $103.95 |

```
*----------------------------------TIME AND FEE SUMMARY---------------------------------*
```

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| Fees this Invoice............................................................... | $103.95 |
|---|---|
| **Total Due this Invoice.............................................** | **$103.95** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                           July 22, 2014
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 775031
**Our File Number:** 00647/0001                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 06/13/2014 | Sausen, David      | 1.25      |

Telephone conference with Matt and John re: UBTI issues. Tax research.
Telephone conference and emails with G. Weinkam.

| 06/17/2014 | Zwick, Mary L      | 0.50 |
| 06/26/2014 | Culhane, Stephen   | 0.33 |
| 06/30/2014 | Culhane, Stephen   | 0.25 |

Total Hours................ 2.33

Fees through 06/30/2014.................................... $1,815.30

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                  | Rate     | Hours | Fees     |
|------------------|----------|-------|----------|
| Culhane, Stephen | $910.00  | 0.58  | $527.80  |
| Sausen, David    | 760.00   | 1.25  | 950.00   |
| Zwick, Mary L    | 675.00   | 0.50  | 337.50   |
| Fees through 06/30/2014............... | | 2.33  | $1,815.30 |

Fees this Invoice........................................................ $1,815.30

**Total Due this Invoice............................................... $1,815.30**

**Please remit payment within thirty (30) days.**

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355114**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355115**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 25, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 777180
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|  |  | **Hours** |
|---|---|---|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. | |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. | |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. | |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. | |

Total Hours................. 1.83

Fees through 07/31/2014................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014.............. | | 1.83 | $1,665.30 |

Fees this Invoice........................................................... $1,665.30
**Total Due this Invoice...............................................** **$1,665.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355117



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                              September 24, 2014
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                        **Invoice#:** 780144
**Our File Number:**00647/0001                          **PAGE:**    1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

===========================================================================

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 08/22/2014 | Golub, Elizabeth    | 0.33      |
| 08/26/2014 | Golub, Elizabeth    | 0.33      |
| 08/28/2014 | Ben-Jacob, Michael  | 0.17      |
| 08/28/2014 | Wells, Peter B      | 4.00      |
| 08/29/2014 | Wells, Peter B      | 1.67      |

                                   Total Hours................  6.50

            Fees through 08/31/2014....................  $4,258.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate      | Hours | Fees       |
|----------------------|-----------|-------|------------|
| Ben-Jacob, Michael   | $785.00   | 0.17  | $133.45    |
| Wells, Peter B       | 695.00    | 5.67  | 3,940.65   |
| Golub, Elizabeth     | 280.00    | 0.66  | 184.80     |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches              | $484.50  |
|---------------------------------------|----------|
| Total Costs through 08/31/2014........ | $484.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**      **WH_MDL_00355118**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    September 24, 2014

**RE:** General                                          **Invoice#:** 780144
**Our File Number:** 00647/0001                          **PAGE:**   2

═══════════════════════════════════════════════════════════════════════

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................ | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,258.90 |
| Costs this Invoice............................................................... | $484.50 |
| Total Due this Invoice........................................................ | $4,743.40 |
| Prior Balance Due (from above)............................................ | 1,665.30 |
| **TOTAL DUE**............................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                    November 14, 2014
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

**RE:** General                                    **Invoice#:** 783712
**Our File Number:**00647/0001                        **PAGE:**    1

================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

================================================================

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael   | 0.42 |
|            | ███████████████████  |      |
| 09/04/2014 | Ben-Jacob, Michael   | 0.50 |
|            | ███████████████████  |      |
| 09/09/2014 | Ben-Jacob, Michael   | 0.50 |
|            | ███████████████████  |      |
| 09/11/2014 | Ben-Jacob, Michael   | 0.75 |
|            | ███████████████████  |      |
| 09/22/2014 | Ben-Jacob, Michael   | 1.50 |
|            | ███████████████████  |      |
| 09/22/2014 | Wells, Peter B       | 1.58 |
|            | Call with group re general plan issues. |      |
| 09/25/2014 | Wells, Peter B       | 1.50 |
|            | ███████████████████  |      |
| 09/29/2014 | Ben-Jacob, Michael   | 0.50 |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. |      |
| 09/29/2014 | Wells, Peter B       | 2.50 |
|            | ███████████████████  |      |
| 09/30/2014 | Wells, Peter B       | 2.17 |
|            | ███████████████████  |      |
| 10/01/2014 | Wells, Peter B       | 0.75 |
|            | ███████████████████  |      |
| 10/09/2014 | Wells, Peter B       | 0.83 |
|            | Work on issues related to new plans. |      |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355121

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      November 14, 2014

**RE:** General                                          **Invoice#:** 783712
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 10/10/2014 | Wells, Peter B | 0.50 |
| | Work on new plan matters. | |
| 10/12/2014 | Ben-Jacob, Michael | 1.58 |
| 10/13/2014 | Wells, Peter B | 1.58 |
| 10/14/2014 | Ben-Jacob, Michael | 0.17 |
| 10/14/2014 | Wells, Peter B | 1.00 |
| 10/20/2014 | Veillette, Rebecca | 0.50 |

Total Hours................. 18.83

Fees through 10/31/2014.................................... $13,429.65

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice.......................................................... $13,429.65
**Total Due this Invoice..............................................** **$13,429.65**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
           Mail Code 81
           P. O. Box 11839
           Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
         153 East 53rd Street
         New York, New York 10022
         Attention: Marsha Burnett
         Telephone: 212.559.3787

         ABA Routing Number: 021000089
         Bank Identification Code/SWIFT Code: CITIUS33
         Account Name: Kaye Scholer LLP
         Account Number: 9981494431

         RE: Argre Management LLC
         Our File Number: 00647/0001
         Invoice Number: 783712
         Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                          December 24, 2014
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                    **Invoice#:** 786881
**Our File Number:**00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael    | 0.67      |
| 11/24/2014 | Culhane, Stephen      | 0.25      |
|            | Total Hours............... | 0.92  |

Fees through 11/30/2014....................................  $753.45

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                          December 24, 2014

**RE:** General                                    **Invoice#:** 786881
**Our File Number:** 00647/0001                          **PAGE:**    2

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.67 | $525.95 |
| Culhane, Stephen | 910.00 | 0.25 | 227.50 |
| Fees through 11/30/2014............... | | 0.92 | $753.45 |

Fees this Invoice........................................................................    $753.45

**Total Due this Invoice...............................................................    $753.45**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355126



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

       **RE:** General                                  **Invoice#:** 791361
       **Our File Number:**00647/0001                      **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

---

|            |                |  **Hours** |
|------------|----------------|-----------:|
| 12/12/2014 | Wells, Peter B |       1.25 |

Total Hours................. 1.25

Fees through 12/31/2014.................................... $868.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                |   Rate  | Hours |    Fees  |
|----------------|--------:|------:|---------:|
| Wells, Peter B | $695.00 |  1.25 |  $868.75 |
| Fees through 12/31/2014............... |  | 1.25 | $868.75 |

Fees this Invoice.......................................................... $868.75

**Total Due this Invoice.............................................. $868.75**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                  Mail Code 81
                  P. O. Box 11839
                  Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 791361
      Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                 137.70

**Total Amount Due**                                      $         137.70

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                 Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                                 Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                        **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355130**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                           July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                              **Invoice#:** 805139
**Our File Number:** 00647/0001                                   **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015

|            |                          | **Hours** |
|------------|--------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca       | 1.20      |

Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences.

| 04/22/2015 | Veillette, Rebecca | 1.30 |

Attention to FBAR questions.

| 04/24/2015 | Veillette, Rebecca | 0.45 |

Attention to FBAR matters.

| 05/05/2015 | Veillette, Rebecca | 0.40 |

Attention to FBAR matters.

| 05/07/2015 | Veillette, Rebecca | 0.45 |

Attention to foreign bank account reporting matters.  Interoffice conferences regarding same.

| 05/08/2015 | Veillette, Rebecca | 0.20 |

Attention to 2013 FBAR information.

| 05/13/2015 | Veillette, Rebecca | 0.45 |

Attention to foreign tax reporting matters.

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355131**

**KAYE │ SCHOLER** LLP

TO:    Argre Management LLC                                           July 31, 2015

**RE:** General                                                    **Invoice#:** 805139
**Our File Number:** 00647/0001                                      **PAGE:**    2

================================================================================

```
*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                    Rate        Hours          Fees
Veillette, Rebecca              $325.00          4.45      $1,446.25

          Fees through 06/30/2015...............    4.45      $1,446.25


          Fees this Invoice.........................................................    $1,446.25
          Total Due this Invoice...............................................    $1,446.25
```

Please remit payment within thirty (30) days.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355132



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                           **Invoice#:** 807022
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015   Golub, Elizabeth |  | 0.25 |

■■■■■■■■■■■■■■■■■■■■

|  | Total Hours................ | 0.25 |
|---|---|---|
| Fees through 07/31/2015.................................. | | $70.00 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015......................... | $250.50 |

| Fees this Invoice.......................................................................... | $70.00 |
|---|---|
| Costs this Invoice......................................................................... | $250.50 |
| **Total Due this Invoice...............................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355135