Case 1:18-md-02865-LAK     Document 1204-154     Filed 09/26/24     Page 1 of 2

# Exhibit 148

| | |
|---|---|
| From: | Wells, Peter <peter.wells@kayescholer.com> |
| To: | 'dina.aboujaoude@ballygatecapital.com' |
| CC: | Amy Gregory; Rebecca Veillette |
| Sent: | 7/28/2014 11:47:52 PM |
| Subject: | Avanix Management LLC Roth 401(K) |
| Attachments: | Avanix - Ballygate Form.pdf |

Dina,

On behalf Avanix Management LLC Roth 401(K) please see the attached completed Institutional Customer New Account Form, with accompanying cover certification.

Let me know if you have any questions.

Regards,
Peter


Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL                                                                                                                                                   JHVM_0026925